**No. 50917.**—Protest 25833–K of Olavarria & Co. (Tampa).

Opinion by EKWALL, J. An examination of the record failing to disclose anything to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.